**Order filed February 9, 2017**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00771-CV

———————

### KRISEAN JOHNSON, Appellant

### V.

### MARSHA BROWN, Appellee

---

**On Appeal from the County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause No. CV-0076978**

---

## O R D E R

Appellant's brief was due January 2, 2017. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **March 13, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM